UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTENSIVE THEREPEUTICS, INC.,

    Plaintiff,

v.                               CASE NO: 8:07-cv-1134-T-23TGW

KEEN MOBILITY COMPANY,

    Defendant.

_____/

## ORDER

The parties' motion (Doc. 27) for entry of a consent judgment is **GRANTED**, and the proposed consent judgment (Doc. 27, Ex. 1) is **APPROVED**. The parties have agreed to the terms of a confidential settlement agreement and have agreed to the entry of the following order.

    1.     This court has jurisdiction over the plaintiff, Intensive Therepeutics, Inc., ("Intensive") and the defendant, Keen Mobility Company, and over the subject matter of this action.

    2.     Intensive represents that it was and is the sole beneficial owner of the entire right, title, and interest in and to United States Patent No. 6,634,045, including all rights of recovery for infringement.

3. Keen, its principals, directors, officers, agents, servants, employees, receivers, trustees, successors, and assigns, who review notice of this order, and all other persons in active participation with them, are hereby enjoined during the life of United States Patent No. 6,634,045 from any acts of infringement, contributory infringement, and inducement of infringement of the patent, and from making, using or selling the invention claimed in the patent, except as otherwise agreed to in writing by the parties or as permitted pursuant to the parties' Confidential Patent License Agreement, which was executed as part of the settlement of this matter.

4. Any and all pending motions filed by either party are denied as moot.

5. This court retains jurisdiction as necessary to enforce the injunction.

6. Each party shall bear its own costs and attorney's fees.

ORDERED in Tampa, Florida, on May 6, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE